Deanna L. Forbush, Esq.
Nevada Bar No. 6646
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:	(702) 862-8300
Facsimile:	(702) 862-8400
DForbush@clarkhill.com
JThompson@clarkhill.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA M. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVATE LAS VEGAS NEWMAN PC; ACTIVATE HEALTHCARE, PC; ACTIVATE HEALTHCARE, LLC; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01196-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [SECOND REQUEST]** |

Plaintiff CHRISTINA M. MARTINEZ ("Plaintiff") , by and through her attorneys of record, M. Lani Esteban-Trinidad, Esq. of The Thater Law Group and Defendants ACTIVATE LAS VEGAS NEWMAN PC; ACTIVATE HEALTHCARE, PC; ACTIVATE HEALTHCARE, LLC; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC ("Defendants"), by and through its attorneys of record, Deanna L. Forbush, Esq. and Jeremy J. Thompson, Esq. of Clark Hill PLLC, hereby stipulate to the following: 1) Plaintiff Christina M. Martinez filed a Complaint against Defendants on June 29, 2018 and served said Complaint upon Defendants on July 3, 2018; 2) Defendants' response to said Complaint is currently due on July 24, 2018; 3) the Parties agree that Defendant shall have until August 23, 2018 to file a response to Plaintiff's Complaint.

The extension for Defendants' time to response to Plaintiff's Complaint was necessitated by and is being requested due to the fact that it took until yesterday for the Defendants to agree to joint representation and sign the requisite waivers, agreements, and consents.  Accordingly, defense counsel was only officially jointly retained yesterday, the same day that Defendants' response was due. Accordingly, Defendants will require the additional time requested to consult with counsel and prepare a joint response to Plaintiffs' Complaint.  Plaintiff's counsel has been consulted and has graciously agreed to the extension.

IT IS SO STIPULATED on this 25th day of July, 2018.

**THE THATER LAW GROUP, P.C.**     **CLARK HILL PLLC**

By: */s/ M. Lani Esteban-Trinidad, Esq.*      By: */s/ Deanna L. Forbush, Esq.*
    M. LANI ESTEBAN-TRINIDAD, ESQ.    DEANNA L. FORBUSH, ESQ.
    Nevada Bar No. 6967    Nevada Bar No. 6646
    7000 Smoke Ranch Road, Suite C    JEREMY J. THOMPSON, ESQ.
    Las Vegas, Nevada 89128    Nevada Bar No. 12503
    Attorneys for Plaintiff    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada  89169
    Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 26, 2018

_____
United States Magistrate Judge