Deanna L. Forbush, Esq.
Nevada Bar No. 6646
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:   (702) 862-8300
Facsimile:   (702) 862-8400
DForbush@clarkhill.com
JThompson@clarkhill.com

*Attorneys for Defendants Activate Las Vegas Newman, PC; Activate Healthcare, PC; Activate Healthcare, LLC, Culinary Health Fund Administrative Services, LLC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA M. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVATE LAS VEGAS NEWMAN PC; ACTIVATE HEALTHCARE, PC; ACTIVATE HEALTHCARE, LLC; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01196-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT ACTIVATE LAS VEGAS NEWMAN PC** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHRISTINA M. MARTINEZ, by and through her counsel, M. Lani Esteban-Trinidad of the Thater Law Group, P.C., and Defendants, ACTIVATE LAS VEGAS NEWMAN PC, ACTIVATE HEALTHCARE, PC, ACTIVATE HEALTHCARE, LLC, and CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, by and through its counsel, Deanna L. Forbush, Esq. and Jeremy J. Thompson, Esq. of Clark Hill PLLC, that Defendant ACTIVATE LAS VEGAS NEWMAN PC shall be dismissed as a Defendant from the above-entitled matter, with prejudice, with each party to bear their own attorney fees and costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the dismissal of ACTIVATE LAS VEGAS NEWMAN PC, with prejudice, shall have no effect on Plaintiff's pursuit of her claims against the remaining Defendants.

IT IS SO STIPULATED on this 13th day of December, 2018.

**THE THATER LAW GROUP, P.C.**      **CLARK HILL PLLC**

By: */s/ M. Lani Esteban-Trinidad, Esq.*     By: */s/ Deanna L. Forbush, Esq.*
    M. LANI ESTEBAN-TRINIDAD, ESQ.     DEANNA L. FORBUSH, ESQ.
    Nevada Bar No. 6967     Nevada Bar No. 6646
    7000 Smoke Ranch Road, Suite C     JEREMY J. THOMPSON, ESQ.
    Las Vegas, Nevada 89128     Nevada Bar No. 12503
    Attorneys for Plaintiff     3800 Howard Hughes Parkway, Suite 500
        Las Vegas, Nevada  89169
        Attorneys for Defendants

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 13, 2018.