Deanna L. Forbush, Esq.
Nevada Bar No. 6646
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:     (702) 862-8300
Facsimile:     (702) 862-8400
DForbush@clarkhill.com
JThompson@clarkhill.com

*Attorneys for Defendants Activate Las Vegas
Newman, PC; Activate Healthcare, PC; Activate
Healthcare, LLC, Culinary Health Fund
Administrative Services, LLC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA M. MARTINEZ, | Case No.:  2:18-cv-01196-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| ACTIVATE LAS VEGAS NEWMAN PC; ACTIVATE HEALTHCARE, PC; ACTIVATE HEALTHCARE, LLC; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, | ECF No. 25 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHRISTINA M. MARTINEZ, by and through her counsel, M. Lani Esteban-Trinidad of the Thater Law Group, P.C., and Defendants, ACTIVATE HEALTHCARE, PC, ACTIVATE HEALTHCARE, LLC, and CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, by and through its counsel, Deanna L. Forbush, Esq. and Jeremy J. Thompson, Esq. of Clark Hill PLLC, that that this action be

///

///

dismissed, with prejudice, with each party to bear their own attorney fees and costs.

IT IS SO STIPULATED on this 14th day of December, 2018.

**THE THATER LAW GROUP, P.C.**          **CLARK HILL PLLC**

By: _____          By: _____
    M. LANI ESTEBAN-TRINIDAD, ESQ.          DEANNA L. FORBUSH, ESQ.
    Nevada Bar No. 6967                     Nevada Bar No. 6646
    7000 Smoke Ranch Road, Suite C          JEREMY J. THOMPSON, ESQ.
    Las Vegas, Nevada 89128                 Nevada Bar No. 12503
    Attorneys for Plaintiff                 3800 Howard Hughes Parkway, Suite 500
                                            Las Vegas, Nevada  89169
                                            Attorneys for Defendants

## ORDER

**IT IS HEREBY ORDERED** that this action be dismissed, with prejudice, with each party to bear their own attorney fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

December 17, 2018